## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
LODGED 2/16 RECEIVED

FEB 1 4 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

GULF INSURANCE COMPANY     *

      Plaintiff     *

      v.     *     Civil Action No. WMN-98-3965

ALLSTATE FACILITIES     *
MANAGEMENT, INC., et al.

      *

      Defendants

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER RELEASING BOND

Upon consideration of Gulf Insurance Company's Motion to Release Temporary Restraining Order Bond, it is this ___14th___ day of ___February___, 2000 ORDERED by the United States District Court for the District of Maryland that Gulf Insurance Company's Motion is granted and the bond previously filed by Gulf Insurance Company is hereby released.


           _____
           William M. Nickerson, Judge
           United States District Court for the
           District of Maryland

*1251833*



